PROB 22
(Rev. 01/24)

# TRANSFER OF JURISDICTION

| | |
|---|---|
| DOCKET NUMBER *(Tran. Court)* | 8:20-cr-116-TPB-CPT |
| DOCKET NUMBER *(Rec. Court)* | 2:25-cr-00049-APG-BNW-1 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| William Reamy | Middle District of Florida | Tampa |
| | NAME OF SENTENCING JUDGE | |
| | The Honorable Thomas P. Barber | |
| | DATES OF PROBATION/SUPERVISED RELEASE | FROM 06/16/2023 — TO 06/15/2027 |

**OFFENSE**

CONSPIRACY TO DISTRIBUTE CONTROLLED SUBSTANCE 21:846=CD.F CONTROLLED SUBSTANCE - SELL - DISTRIBUTE - OR DISPENSE 21:841B=CD.F

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)

Established residence in Nevada and has prosocial ties.

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE  MIDDLE  DISTRICT OF  FLORIDA

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the  District of Nevada  upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

3/3/2025
*Date*

*/s/ T. P. Barber*
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 – ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE  DISTRICT  OF  NEVADA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

March 10, 2025
*Effective Date*

*United States District Judge*

**UNITED STATES PROBATION OFFICE**
**DISTRICT OF NEVADA**
**MEMORANDUM**

**RE: William Reamy**

**Case No.: TO BE ASSIGNED**

**REQUESTING ACCEPTANCE OF JURISDICTION**

March 5, 2025

TO:    United States District Judge

On August 31, 2021, Reamy was sentenced in the Middle District of Florida by the Honorable Susan Bucklew to 36 months custody followed by 4 years supervised release for committing the offense of Conspiracy to Possess with Intent to Distribute 500 Grams or More of Methamphetamine and 400 Grams or More of Fentanyl. Reamy is a resident of Las Vegas, Nevada and intends on remaining in Las Vegas for the duration of his supervision.

To address any matters that may require the Court's attention in an efficient and expeditious manner, the undersigned officer is requesting that jurisdiction be transferred to the District of Nevada. As noted by his signature on the attached Transfer of Jurisdiction form (Prob 22), U.S. District Judge Thomas Barber, has agreed to relinquish jurisdiction. Should the Court agree with this request, the transfer of jurisdiction form is attached for Your Honor's signature.

Respectfully submitted,

Digitally signed by Cecil McCarroll
Date: 2025.03.05 15:44:25 -08'00'

Cecil McCarroll
United States Probation Officer

Approved:

Digitally signed by Amberleigh Barajas
Date: 2025.03.05 15:34:23 -08'00'

Amberleigh Barajas
Supervisory United States Probation Officer